IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ADAM CASON and SAMANTHA      *
CASON,                       *
                             *
        Plaintiffs,          *
                             *
   v.                        *     CV 114-186
                             *
COREY DRU ANDERSON,          *
                             *
        Defendant.           *
```

O R D E R

This cause comes before the Court on its own initiative. As instructed by the Eleventh Circuit Court of Appeals, "[f]ederal courts are obligated to inquire into subject-matter jurisdiction sua sponte whenever it may be lacking." Cadet v. Bulger, 377 F.3d 1173, 1179 (11th Cir. 2004) (internal quotation marks omitted). Upon review of the record, the Court cannot discern whether the amount in controversy in this case exceeds the jurisdictional requirement of 28 U.S.C. § 1332.

Accordingly, the Court **ORDERS** Plaintiffs to provide sufficient evidence by **5:00 P.M.** on **FRIDAY, OCTOBER 31, 2014** that the jurisdictional amount is in controversy. Plaintiffs may rely on "judicial admissions [], non-sworn letters submitted to the court, or other summary judgment type evidence that may reveal that the amount in controversy requirement is satisfied."

1

Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010). Other appropriate forms of evidence include, but are not limited to, affidavits, declarations, depositions, interrogatories, contracts, medical records, and other documentation of damages. Id. at 754-56; Chewning v. Target Corp., No. 3:12-cv-1086, 2013 WL 3013864, at * 1 (M.D. Fla. June 14, 2013).

**ORDER ENTERED** at Augusta, Georgia this 21st day of October, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA