```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF GEORGIA
              AUGUSTA DIVISION
```

| | | |
|---|---|---|
| ADAM CASON and SAMANTHA CASON, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 114-186 |
| COREY DRU ANDERSON, | * * * | |
| Defendant. | * | |

## ORDER AND NOTICE OF
## PRETRIAL PROCEEDINGS

The Court's review of the docket reveals that this case is ready for trial. **IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **MONDAY, JULY 27, 2015**. Counsel for <u>Plaintiffs</u> shall have the responsibility to initiate compliance herewith. The form of the proposed pretrial order can be located at the Court's website www.gas.uscourts.gov under "District Court"/"Court Forms". A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court.

The Court will not accept for filing pretrial orders which are not consolidated (proposed jointly) without the written permission of the Court.

The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph stating the date and location of the meeting, the duration of the meeting and the names of all counsel or parties participating.

If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

**IT IS FURTHER ORDERED** that this case will be scheduled by the Clerk for a pretrial conference. The actual date for the conference will be set by the Court following the filing of the proposed pretrial order. At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. <u>Lead counsel for each party shall attend the pretrial conference.</u>

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing at least **TWENTY (20) DAYS** prior to the scheduled pretrial conference. All responses thereto shall be submitted at least **TEN (10) DAYS** prior to the scheduled pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA