IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ADAM CASON and<br>SAMANTHA CASON,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>COREY DRU ANDERSON,<br><br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | 1:14-cv-186 |

ORDER

Presently before the Court is the parties' stipulation of dismissal. (Doc. 36.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA